UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE BOWMAN, | No. C-11-3017 EMC (pr) |
| Petitioner, | |
| v. | **ORDER OF TRANSFER** |
| G. SWARTHOUT, Warden, | |
| Respondent. | |

Petitioner has filed a petition for writ of habeas corpus to challenge a parole denial that occurred at a hearing at the California State Prison in Vacaville, California, where he currently is housed. Vacaville is in Solano County, which is within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as a parole denial claim. *See* N. D. Cal. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989); *see also* 28 U.S.C. § 2241(d) ("The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination"). Because petitioner is confined in the Eastern District of California and challenging

///
///
///
///

the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: June 23, 2011

_____
EDWARD M. CHEN
United States District Judge

2